FILED
2020 Jan-20 AM 11:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

GOOD BONES
TV Show that brought vast success to:
Discovery, Scripps/HGTV/Good Bone Stars Mina Starsiak and Karen Laine

**Before** The SHOW
2014
- Scripps Networks Interactive: **posted earnings of $153.8 million**

**After** the SHOW
2015
- Good Bones/The SHOW Pilot airs on Scripps/HGTV 2015
- Scripps Networks Interactive: **posted earnings of $193.7**
- Scripps Networks **Earnings Beat Estimates,** HGTV Has **Second-Best Quarter Ever.**
- Revenues increased **13.2 percent to $3.0 billion**
- Segment profit **increased 11.0 percent to $1.2 billion**
- Adjusted segment profit **increased 12.9 percent to $1.3 billion**
- Scripps expands distribution of HGTV in APAC, secures a large volume output deal in Australia to launch HGTV-branded blocks on newly-launched 9LIFE, Australia's first free-to-air lifestyle network.

After the SHOW
2016
- Scripps has record consolidated operating revenues of: **$3.4 billion, an increase of 12.7%.**
- SNI has record consolidated advertising revenues of **$2.4 billion, an increase of 17.2%.**
- SNI's U.S. advertising revenues **increase 9.6% and surpass $2.0 billion for first time ever**, driven by improved ratings for all six U.S. networks in total day for the C-3 viewing window. Scripps Networks Interactive is only U.S. media group to achieve this.
- HGTV and other SNI networks have their **highest-rated and most watched year ever.**
- SNI introduce HGTV in the Middle East and North Africa; and launched HGTV as a free-to-air channel in New Zealand as a **first-of-its-kind** offering in the region.

After the SHOW
2017

- Record consolidated operating revenues of: **$3.6 billion, an increase of 4.7%;**
- Consolidated income from operations before income taxes of **$1.3 billion, an increase of 2.6%;**
- Consolidated adjusted segment profit of $**1.5 billion, an increase of 2.2%;**
- Consolidated adjusted net income attributable to Scripps Networks Interactive of **$752.6 million, an increase of 16.9%**
- SNI launches HGTV Poland in January. By February HGTV has already secured a strong position, **earning the second highest market share** for lifestyle channels in Poland.
- SNI Consolidated operating revenues **increased $160.4 million, or 4.7 percent, in 2017 compared with 2016.**
- **In 2017, HGTV ranked the No. 1 ad-supported cable network** for upscale women 25-54 in sales prime for the eleventh consecutive year and ranked No. 2 cable network for women 25-54.
- Scripps Lifestyle Studios, the digital content division of Scripps Networks Interactive, delivers record-breaking year, generating more than **19 billion global video views** on various digital platforms, nearly three times more than the previous year.

After the SHOW
2018

- Discovery **completes $14.6 billion** acquisition of Scripps Networks Interactive, adding networks HGTV and others to its lineup.
- Discovery's revenues **surge 14% to $2.3 billion in first quarter.**
- Discovery posting **double-digit revenue gains** in each of its segments in Q4 earnings that topped Street.
- Discovery's revenues in its third quarter **surge 57% to $2.59 billion compared with the quarter in the prior year.**

After the SHOW
2019

- Third-quarter 2019 adjusted earnings **increased 10.1% year over year.**
- Revenues increased **3.3% year over year to $2.68 billion**.
- The year-over-year growth was driven by an **increase in advertising** (52.8% of revenues) and distribution (44.8% of revenues) revenues.
- U.S. Networks (64.4% of revenues) **revenues rose 3% from the year-ago quarter to $1.73 billion.**

- Advertising and distribution **revenues were up 2.8%** and 5.7%, respectively.
- Discovery had the **#1 most watch TV** portfolio for "**women 25-54**" in the United States for the past six months.

After the SHOW
2020

Discovery has exceeded its goal **of $3 billion in annual free cash** flow ahead of schedule and will roll out **HGTV in 12 new markets.**

The Show's Success – "Good Bones"

- HGTV **orders 13 episodes for season five of Good Bones slated to premiere in summer 2020.**
- On HGTV's digital platforms, Good Bones is **second most streamed series** on HGTV GO since its May 14 premiere. In addition, weekly clips posted throughout the season generated more **than 5.5 million views** across HGTV's Facebook, Instagram and Twitter accounts.
- Fourth season of Good Bones attracts more than **16.9 million** total viewers.
- Good Bones ranks as **top 5 cable program** among upscale P25-54 and upscale W25-54 in the Tuesday 9-10 p.m. ET/PT timeslot and also is a top 10 cable program among P25-54 and W25-54 in the timeslot.

Hit Television shows earnings examples

Hit shows commonly see advertising revenues per **half an hour at $2.13 million** (sit-com), 2.72 million (reality show like "Dancing With the Stars"), and **$2.75 million (comedy).**

HOST / STARS OF THE SHOW: Mina Starsiak & Karen Laine
Melanie Tolbert Plaintiff Host

**Before the Show**
Mina Starsiak Host
Waitress and renovating a few houses a year.

**After the Show**
- Gets offered contract 2015 and show begins. Show renews leading to net worth of 1.4 million for 2019.
- After becoming a star she has appeared also featured in award-winning films like Darkman, Back to the Future, and Shocker.
- Book deal: The pair also are working on their first book.

- Mina and Karen's new digital series, *Small Space, Big Potential*, debuts in June. A new episode in the six-part series will roll out every Tuesday on the HGTV app, HGTV.com, on demand across all platforms and HGTV's YouTube channel. The ladies help clients create super-functional and unique small spaces—such as an office, laundry room or walk-in closet—on a tight budget.
- Store front for their business
- Entrepreneur fundraising program invites them to be featured at conference, able to charge $3,500 for their signatures.
- Due to now celebrity status: Future endorsements and enhanced career opportunities from shows success

**Before the Show**
Karen Laine Host
Defense attorney she joins daughter in renovation business.

**After the Show**
- Gets offered contract 2015. Show begins and is renewed.
- 2019 net worth $1 million; annual take home of $200,000.
- After becoming a star she has appeared also featured in award-winning films like Darkman, Back to the Future, and Shocker.
- Also being seen seen in other shows for the network, including the Brady Bunch House renovation series.
- Book deal: The pair also are working on their first book.
- Mina and Karen's new digital series, *Small Space, Big Potential*, debuts in June. A new episode in the six-part series will roll out every Tuesday on the HGTV app, HGTV.com, on demand across all platforms and HGTV's YouTube channel. The ladies help clients create super-functional and unique small spaces—such as an office, laundry room or walk-in closet—on a tight budget.
- Store front for their business
- Entrepreneur fundraising program invites them to be featured at conference, able to charge $3,500 for their signatures.
- Due to now celebrity status: Future endorsements and enhanced career opportunities from shows success

https://www.hollywoodreporter.com/news/scripps-networks-reports-earnings-hgtv-812960
https://seekingalpha.com/news/3334626-discoveryplus-1_8-on-solid-q4-beat-scripps-networks-merger-gets-ok
https://seekingalpha.com/filing/3923491
https://realscreen.com/2018/11/08/scripps-networks-merger-impacts-discoverys-q3-earnings/
https://realscreen.com/2018/05/08/discovery-inc-posts-minuscule-loss-in-first-quarter-results/
https://www.globenewswire.com/news-release/2018/02/26/1387652/0/en/Scripps-Networks-Interactive-reports-full-year-and-fourth-quarter-2017-operating-results.html
https://www.marketwatch.com/press-release/scripps-networks-interactive-reports-full-year-and-fourth-quarter-2016-operating-results-2017-02-21
https://www.businesswire.com/news/home/20160223005705/en/Scripps-Networks-Interactive-Reports-Full-Year-Fourth
https://tvseriesfinale.com/tv-show/good-bones-hgtv-renews-tv-series-for-2020/
https://www.multichannel.com/pr-feed/hgtv-hit-series-good-bones-delivers-strong-performance-on-june-4
https://realitystarfacts.com/mina-starsiak-age-net-worth-husband-wikipedia-bio/
https://realitystarfacts.com/karen-laine-wikipedia-bio-husband-married-life-age-net-worth/
https://www.batesvilleheraldtribune.com/news/local_news/good-bones-experts-will-speak-at-ivy-tech/article_5e97ab20-d00f-11e9-b0cc-0b8b02e145ff.html
https://www.investopedia.com/articles/investing/091615/movie-vs-tv-industry-which-most-profitable.asp
https://priceonomics.com/the-economics-of-a-hit-tv-show/
https://www.hollywoodreporter.com/news/discovery-ceo-predicts-few-platforms-will-survive-streaming-wars-1208804
https://www.multichannel.com/pr-feed/hgtv-hit-series-good-bones-returns-with-new-episodes-on-tuesday-may-14-at-9-pm
https://www.prnewswire.com/news-releases/discovery-to-report-full-year-and-fourth-quarter-2019-results-on-thursday-february-27-300982039.html